IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID CRAIG COLVILLE,
Inmate No. P56657,
    Plaintiff,

vs.   Case No.: 3:15cv436/RV/EMT

SANTA ROSA SHERIFF'S OFFICE,
SANTA ROSA STATE ATTORNEY'S OFFICE,
DEPUTY DAVIS GOODWIN,
ATTORNEY JAY WILLIAMS, and
DETECTIVE MONICA TOOLE,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 6, 2016 (ECF No. 7).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections (doc. 8).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. This dismissal should be deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this 29th day of July, 2016.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**